**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RICARDO JEREMIAH, | : No. 10 EM 2017 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| COURT OF COMMON PLEAS FOR THE | : |
| CITY OF PHILADELPHIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Writ of Mandamus is **DISMISSED**.  *See Commonwealth v. Cooper*, 27 A.3d 994 (Pa. 2009) (explaining that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filing to counsel of record.